

**ORDERED in the Southern District of Florida on February 23, 2011.**

_____
Paul G. Hyman, Chief Judge
United States Bankruptcy Court

_____

```
            UNITED STATES BANKRUPTCY COURT
             SOUTHERN DISTRICT OF FLORIDA
                 West Palm Beach Division

In re:                              Case No.: 08-29769-BKC-PGH
GINN-LA ST. LUCIE LTD.,             All Cases Jointly Administered
LLLP, et al.,
     Debtors.                       Chapter 7
_____/

In re:
GINN-LA QUAIL WEST LTD.,
LLLP, et al.,
     Debtors.
_____/

Drew M. Dillworth, Trustee,
     Plaintiff,                     Adv. Proc. No.: 10-3807-PGH

          vs.

Edward R. Ginn III, et al.,
     Defendants.
_____/
```

**ORDER DENYING WITHOUT PREJUDICE AS MOOT LUBERT-ADLER'S AND THE
INVESTOR DEFENDANTS' MOTIONS TO DISMISS THE TRUSTEE'S COMPLAINT
FOR AVOIDANCE AND RECOVERY OF FRAUDULENT/PREFERENTIAL TRANSFERS;
AND GRANTING TRUSTEE 20 DAYS LEAVE TO AMEND COMPLAINT**

**THIS MATTER** came before the Court upon the Lubert-Adler

Defendants' *Motion to Dismiss the Trustee's Complaint for Avoidance and Recovery of Fraudulent/Preferential Transfers,* and the Ginn Defendants' *Motion to Dismiss the Trustee's Complaint for Avoidance and Recovery of Fraudulent/Preferential Transfers* (collectively, the "Motions"). On February 22, 2011, the Trustee filed *Plaintiff's Response to Ginn and Lebert-Adler Defendants' Motions to Dismiss* ("Response"). In the Response the Trustee states that "[a]lthough Trustee Dillworth believes his Complaint adequately states claims for recovery pursuant to 11 U.S.C. § 550, in an effort to obviate the need for a hearing on the Motions to Dismiss, he hereby agrees to amend his Complaint within 20 days to add further clarification as to the basis for recovery from the Defendants under § 550(a)."

The Court, having considered the submissions of the parties and being otherwise fully advised in the premises, hereby:

**ORDERS AND ADJUDGES** that:

1. The Motions are **denied without prejudice as moot**, and granting Trustee leave to amend the Complaint within twenty (20) days of entry of this Order.

2. The hearing on the Motions that had been set for Thursday, February 24, 2011 at 9:30 a.m. is **canceled.**

# # #

Copies furnished to:

Charles Throckmorton, Esq.
Paul Singerman, Esq.
Harold Moorefield, Esq.

Trustee's counsel shall serve a copy of this Order on any party to this adversary proceeding who has filed a notice of appearance and does not receive electronic service.