

**ORDERED in the Southern District of Florida on March 30, 2011.**

*[signature]*

**Paul G. Hyman, Chief Judge
United States Bankruptcy Court**

___

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION**
www.flsb.uscourts.gov

| | |
|---|---|
| In re:<br>GINN-LA ST. LUCIE LTD., LLLP, *et al.*,<br>　　　　　　　　　Debtors.<br>_____/<br>In re:<br>GINN-LA QUAIL WEST LTD., LLLP, *et al.*,<br>　　　　　　　　　Debtors.<br>_____/<br>DREW M DILLWORTH, Chapter 7 Trustee,<br>　　　　　　　　　Plaintiff,<br>　　vs.<br>EDWARD R. GINN III, et al.,<br>　　　　　　　　　Defendants.<br>_____/ | **CASE NO. 08-29769-PGH**<br>All Cases Jointly Administered<br><br>Chapter 7<br><br><br><br><br><br><br>**ADV. PRO. NO. 10-03807-PGH** |

**ORDER GRANTING MOTION FOR PROTECTIVE ORDER**

　　　THIS MATTER came before the Court for hearing on March 29, 2011 at 9:30 a.m. on

Defendants' Motion for Protective Order (the "Motion") ( ECF # 29). The Court having

reviewed the Motion and the Trustee's response (ECF #39), heard argument of counsel, and being otherwise duly advised, the Court finds that good cause exists for granting the relief requested in the Motion, and it is hereby **ORDERED that**:

    1.    The Motion is **GRANTED**. Discovery in this adversary proceeding is stayed pending a ruling by the Court on motions to dismiss the First Amended Complaint.

###

Submitted by:

Charles W. Throckmorton, Esq.
Kozyak Tropin & Throckmorton, P.A.
2525 Ponce de Leon Blvd., 9th Floor
Coral Gables, FL 33134
Tel: (305) 372-1800
Fax: (305) 372-3508
cwt@kttlaw.com

Copy to:
Charles W. Throckmorton, Esq.
*(Attorney Throckmorton shall serve a copy of this Order upon all interested parties upon receipt and file a certificate of service.)*

323512.1